# NOTIFICATION OF LATE RECORD

Court of Appeals No., if known: 04-15-00164-CR

Trial Court Style: STATE VS LEANDRE V HILL

Trial Court No.: 2009-CR-10328

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
6/11/2015 2:22:07 PM
KEITH E. HOTTLE
Clerk

I am the official responsible for preparing the clerk's record/reporter's record [circle one] in the above-referenced appeal. The approximate date of trial was: February 2015

The record was originally due: JUNE 1, 2015

I anticipate the length of the record to be: 1,000 pages

I am unable to file the record by the date such record is due because [check one]:

☐ the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record.

☐ my other duties or activities preclude working on the record and include the following [attach additional pages if needed]:

_____

_____

☑ Other. Explain [attach additional pages if needed]: I am working on an appeal due

this week. Please allow me an extension. Thank you.

I anticipate the record will be completed by: JULY 2, 2015

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail of fax to the parties to the judgment or order being appealed.

Date: JUNE 11, 2015

Signature: *Amy Hinds Alvarado*

Printed Name: Amy Hinds Alvarado

Title: Official Court Reporter 379th District Court

## Acknowledgment
(To be completed by notary or court clerk)

State of Texas      §

County of Bexar      §

Before me, the undersigned authority, on this day personally appeared Amy Hinds Alvarado , known to me to be the person who name is subscribed to the foregoing instrument and acknowledged to me that he/she excuted the same for the reasons expressed therein.

Date: 1-7-2014                    Signature:_____

Seal:                            Printed

                                 Name: _____